IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Richmond Division

FILED
APR 25 2012
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JEFF A. AGEE, )<br>)<br>Defendant. )<br>)<br>) | Criminal No. 3:12cr 070<br><br>29 U.S.C. § 501<br>Embezzlement of Unions Funds<br><br>Criminal Forfeiture Allegation<br>18 U.S.C. § 981 & 982 |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
(Embezzlement of Union Funds)

From on or about March 11, 2007, through in or about May 21, 2009, in the Eastern District of Virginia and within the jurisdiction of this Court, defendant JEFF A. AGEE, while the Business Representative for the International Association of Machinists and Aerospace Workers, Lodge 10 (IAMAW), a labor organization engaged in an industry affecting commerce, did knowingly embezzle, steal, and unlawfully and willfully abstract and convert to his own use the moneys, funds, and assets of IAMAW Lodge 10 in the approximate amount of $4,181.62. (In violation of Title 29, United States Code, Section 501(c).)

## CRIMINAL FORFEITURE ALLEGATION

Pursuant to Fed. R. Crim. P. 32.2(a), the defendant is hereby notified that, if convicted of the offense alleged in this Criminal Information, the defendant shall forfeit to the United States his interest in any property constituting, or derived from, proceeds obtained directly or indirectly as the result of such violation, including, but not limited to, the sum of at least $4,181.62 and any assets which may be directly forfeitable as proceeds or subject to forfeiture as a substitute asset.

(In accordance with Title 18, United States Code, Section 982(a)(2), and Title 18, United States Code, Section 981(a)(1)(C), as incorporated by 28 U.S.C. § 2461(c).)

NEIL H. MacBRIDE
UNITED STATES ATTORNEY

By: *David J. Maguire* (signature)
David T. Maguire
Assistant United States Attorney